UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re                                         )
   **Brian Patrick Hogan**          )   Case No. **12-41178**
   **Stephanie Anne Hogan**         )
                                              )   Chapter **13**
     Debtor(s).              )
                                              )   Response Due: **March 26, 2014**
                                              )   Hearing Date:  **April 9, 2014**
                                              )   Hearing Time: **10:00 a.m.**
                                              )   Location     **Courtroom 5 North**

To:   Capital One, NA
      Bass & Associates, PC
      3936 E. Ft. Lowell Rd., Ste. 200
      Tucson, AZ 85712

**OBJECTION TO CLAIM NO. 3**

**WARNING: A written response must be filed with the Clerk, U.S. Bankruptcy Court, 111 South Tenth Street, 4th Floor, St. Louis, Missouri, 63102, and a copy served upon the undersigned by March 26, 2014. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.  You should read this paper carefully and discuss it with your attorney, if you have one.**

    Brian and Stephanie Hogan, Debtors herein, objects to your Claim No.3 , Capital One N.A. in the amount of $6,284.69 ($3,835.85 secured and 2,448.84 unsecured), for the following reason(s):

___   Said claim duplicates Claim No. __ in this case.
___   Said claim is based on estimates.
___   Said claim is disputed in that _____.
___   No proof of debt has been provided after request has been made.
___   No accounting of indebtedness is attached to claim.
___   Said claim is not for a debt of this Debtor.
___   Said claim includes post-bankruptcy charges.
___   No credit given for value of security.
___   Said claim has been paid by reaffirmation or otherwise.
___   Claimant retains property of the estate, pursuant to 11 U.S.C. '502(d).
___   Said claim was filed out of time.
___   Said claim is not entitled to priority status.
**XXX**   Other:
- **The value of the collateral is $1,641.61 and claim number 3 should be paid as**

**(L.F. 10 Rev. 12/09)**

   **$1,641.61 secured and the remaining $4,643.08 as unsecured.**
\_\_\_ Trustee is prepared to consent to the allowance of said claim in the amount of $
\_\_\_ Trustee is prepared to consent to the allowance of said claim in the full amount as a fully secured claim not entitled to participate in any distribution from this Estate.

        Respectfully Submitted,
        GOLDBERG LAW FIRM, LLC

        */s/ Nathan H Goldberg*
        Attorney at Law
        EDMO 3231, MO 37321
        6901 Gravois Ave.
        The London House
        St. Louis, MO 63116
        314-771-1900
        314-771-1903 fax
        nathan@goldberglawllc.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of Debtors' Objection to Claim No. 3 was served via first-class mail, postage prepaid, or by the court's ECF system on this 5th day of March, 2014, to the persons listed below:

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Wells Fargo Bank, NA
PO Box 10438
Dallas, TX 75266

William T. Holmes
Millsap & Singer, LLC
612 Spirit Dr.
St. Louis, MO 63005

Daniel J. McNamee
King, Krehbiel & Hellmich, LLC
2000 South Hanley Rd.
St. Louis, MO 63144

        Respectfully Submitted,
        GOLDBERG LAW FIRM, LLC

                **(L.F. 10 Rev. 12/09)**

*/s/ Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois Ave.
The London House
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

**(L.F. 10 Rev. 12/09)**